PROB 12
(3/88)

# UNITED STATES DISTRICT COURT

for

# WESTERN DISTRICT OF TENNESSEE

FILED BY _____ D.C.

05 JUN -8 PM 4: 15

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

<u>U.S.A. vs. Clarence Steven James</u>                     Docket No. **2:91CR20249-01**

**Petition on Probation and Supervised Release**

**COMES NOW** <u>Lorin J. Smith</u>, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of <u>Clarence Steven James</u>, who was placed on supervision by the Honorable <u>Odell Horton</u> sitting in the Court at <u>Memphis, Tennessee</u> on the <u>11th</u> day of <u>March, 1993</u>, who fixed the period of supervision at <u>five (5) years</u> with the following special conditions:

1.) The defendant shall not own or possess a firearm or destructive device.

2.) The defendant shall receive a alcohol and drug treatment.

*Supervision began April 27, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

**SEE ATTACHED**

**PRAYING THAT THE COURT WILL ORDER** that a **SUMMONS** be issued for Clarence Steven James to appear before the Court to determine whether the special condition requiring sex offender treatment and testing be added to his conditions of supervised release.

| ORDER OF COURT | Respectfully, |
|---|---|
| Considered and ordered this 8 day of June, 2005, and ordered filed and made a part of the records in the above case.<br><br>_____<br>United States District Judge | _____<br>Lorin J. Smith<br>U.S. Probation Officer<br><br>Place: Memphis, Tennessee<br><br>Date: May 25, 2005 |

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-9-05

78

**RE:  Clarence Steven James**
      **Docket No: 2:91CR20249-01**
      **Probation Form 12**
      **Page 2**

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Mr. Clarence Steven James was sentenced to 188 months, by the Honorable Odell Horton, for Felon in Possession of a Firearm. Mr. James was adjudicated as an Armed Career Criminal by the Court as a result of the instant offense and Mr. James' violent criminal history.

Mr. James was convicted on November 7, 1977 of several sexual offenses that occurred over a two year period of time. He was convicted of three (3) counts of Crimes Against Nature, one (1) count Assault & Battery W/Intent to Commit Rape, two (2) counts of Rape, one (1) count Assault & Battery W/Intent to Have Unlawful Carnal Knowledge, and one (1) count Assault to Murder, 1st Degree. After Mr. James was released from prison on these charges he was convicted in February 1989 of one (1) count of Sexual Battery.

In order to best supervise Mr. James during his term of Supervised Release, and to better protect the community and due to his extensive sexual offender history, the United States Probation Office recommends that a special condition be added to Mr. James Conditions of Supervision requiring sex offender counseling. The defendant has declined to sign a Probation Form 49, Waiver of Hearing for Modification of Special Conditions.

The United States Probation Office recommends the following special condition:

The defendant shall participate as directed in a program of mental health treatment, including a sexual offender treatment program, approved by the probation officer. The defendant shall abide by the rules, requirements, and conditions of the treatment program, which may include submitting to polygraph or plethysmograph testing, to aid in the treatment and supervision process.

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 78 in case 2:91-CR-20249 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Doris A. Randle-Holt
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT