FILED BY ___ D.C.

05 AUG 10 PM 4: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
UNITED STATES OF AMERICA,

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

2005 AUG -9 PM 4: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

           Plaintiff,

VS.

CLARENCE STEVEN JAMES,

           Defendant.

\*
\*
\*
\*
\*
\*
\*

Cr. No. 91-20249-M1

MOTION GRANTED
Reset to
Friday, Aug 26, 2005
at 11:00 a.m.

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE

Aug 10, 2005
DATE

## MOTION TO CONTINUE REVOCATION HEARING

COMES NOW the United States of America, by and through Terrell L. Harris, United States Attorney, and Stephen C. Parker, Assistant United States Attorney for the Western District of Tennessee, and moves the Court for a short continuance in the revocation hearing currently scheduled for August 25, 2005 at 2:30 p.m. In support of said motion, the United States submits that the Probation Officer, Lorin Smith is scheduled to attend Sex Offender training in Nashville, Tennessee August 22 through 25. This training is only scheduled once a year and it is critical that the probation officer attends training. Moreover, Mr. Smith is a necessary witness at this hearing and the United States cannot proceed without him.

The United States simply requests a new setting at the court's convenience. Even the

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 8-11-05

(89)

following day of August 26th would be feasible from the viewpoint of the United States.

Respectfully submitted,

TERRELL L. HARRIS
United States Attorney

By: *[signature]*

STEPHEN C. PARKER
Assistant United States Attorney
167 N. Main, Room 800
Memphis, Tennessee 38103

## CERTIFICATE OF SERVICE

I, Stephen C. Parker, Assistant United States Attorney for the Western District of Tennessee, hereby certify that a copy of the foregoing Motion of the United States has been mailed, first class postage pre-paid, to Robert C. Irby, Attorney at Law, LAW OFFICE OF ROBERT C. IRBY, 4345 E. Mallory, Memphis, Tennessee 38103.

This _____ day of August, 2005.

*[signature]*

STEPHEN C. PARKER
Assistant United States Attorney

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 89 in case 2:91-CR-20249 was distributed by fax, mail, or direct printing on August 11, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT