# UNITED STATES DISTRICT COURT
## for
## WESTERN DISTRICT OF TENNESSEE

FILED BY _WE_ D.C.

05 SEP -2 PM 5: 21

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

U.S.A. vs. Clarence Steven James

Docket No. 2:91CR20249-01

### Amended
### Petition on Probation and Supervised Release

**COMES NOW** Lorin J. Smith, **PROBATION OFFICER OF THE COURT** presenting an official report upon the conduct and attitude of Clarence Steven James, who was placed on supervision by the Honorable Odell Horton sitting in the Court at Memphis, Tennessee on the 11th day of March, 1993, who fixed the period of supervision at five (5) years* with the following special conditions:

1.) The defendant shall not own or possess a firearm or destructive device.

2.) The defendant shall receive a alcohol and drug treatment.

*Supervision began April 27, 2005.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**
(If short insert here; if lengthy write on separate sheet and attach)

As pronounced by the Court on August 26, 2005, the court ordered modification of Clarence James' special conditions of Supervised Release.

**PRAYING THAT THE COURT WILL ORDER** that the following special conditions be added to the terms of Mr. Clarence James' Supervised Release:

The defendant shall participate as directed in a program of mental health treatment, including a sexual offender treatment program, approved by the probation officer. The defendant shall abide by the rules, requirements, and conditions of the treatment program, which may include submitting to polygraph or plethysmograph testing, to aid in the treatment and supervision process. Accommodations for Mr. James' work schedule are to be made by the United States Probation Office if possible. If a satisfactory agreement is not reached, this matter is to be brought before the court.

Defendant shall provide a DNA sample at the request of the United States Probation Office.

**ORDER OF COURT**

Considered and ordered this _2_ day of _Sept._, 2005, and ordered filed and made a part of the records in the above case.

_____
United States District Judge

**Respectfully,**

_____
Lorin J. Smith
U.S. Probation Officer

Place:  Memphis, Tennessee

Date:  August 30, 2005

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _9-6-05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 92 in case 2:91-CR-20249 was distributed by fax, mail, or direct printing on September 6, 2005 to the parties listed.

---

Robert C. Irby
LAW OFFICE OF ROBERT C. IRBY
4345 E. Mallory
Memphis, TN 38111

Stephen C. Parker
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT